# United States Bankruptcy Court
## District of Minnesota, Minneapolis Division

In re BELLAGALA, LLC
Debtor(s)

Case No.
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for BELLAGALA, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

August 25, 2026
Date

/s/ Joseph Dicker
Joseph Dicker
Signature of Attorney or Litigant
Counsel for BELLAGALA, LLC

Joseph W Dicker PA
1406 West Lake Street Suite 209
Minneapolis, MN 55408
(612) 827-5941 Fax:
joe@joedickerlaw.com

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com